[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 00-1605

RICHARD J. FLIPPIN,

Plaintiff, Appellant,

v.

TOWN OF NORTON; WILLIAM A. GOUVEIA, ROBERT W. KIMBALL,
CLARENCE P. RICH, JR., RONALD J. ALMEIDA AND PATRICIA A.
GRANEY, AS THEY ARE SELECTMEN FOR THE TOWN OF NORTON; WALTER
F. LINDBERG, AS HE IS THE TOWN MANAGER FOR THE TOWN OF NORTON;
WILLIAM CASBARRA, AS HE IS THE BUILDING INSPECTOR AND THE ADA
COORDINATOR FOR THE TOWN OF NORTON,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. George A. O'Toole, Jr., U.S. District Judge]

Before

Lipez, Circuit Judge,
Campbell and Cyr, Senior Circuit Judges.

Richard J. Flippen on brief pro se.
Theresa M. Dowdy, Darren R. Klein, and Kopelman and Paige,
P.C. on brief for appellees.

April 12, 2001

**Per Curiam**.  Upon <u>de</u> <u>novo</u> review of the summary judgment decision below in light of the record and the parties' briefs on appeal, we affirm the dismissal of the complaint substantially for the reasons articulated in the district court's careful decision.

**Affirmed**.  <u>See</u> Loc. R. 27(c).